

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EMN:SPN/KDE
F.#2014R00191

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 14, 2015

<u>By ECF</u>

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    United States v. John Doe
             <u>Misc. Docket No. 15-838 (RJD)</u>

Dear Judge Dearie:

       A proceeding in the above referenced-case is scheduled for May 15, 2015 before Your Honor.  The government respectfully submits under separate cover a motion and proposed order to close the courtroom for the proceeding and requests, for reasons set forth therein, that the motion and any order entered by the Court be filed under seal.  Counsel for the defendant has been advised and provided with a copy of this letter and the enclosed motion and proposed order.

       The government further writes to confirm that a public hearing on the motion

to close the courtroom has been scheduled in Courtroom 10A South for May 15, 2015 at 11:30 a.m.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By:  _____/s/_____

Samuel P. Nitze
Assistant U.S. Attorney
(718) 254-6465

2