

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

SPN/KDE
F. #2014R00191

May 22, 2015

By ECF

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. John Doe
               Misc. Docket No. 15-838 (RJD)

Dear Judge Dearie:

      A proceeding in the above referenced-case previously scheduled for May 15, 2015, has been rescheduled for May 26, 2015 before Your Honor. The government respectfully refers the Court to the motion and proposed order to close the courtroom for the proceeding that were previously submitted under separate cover, and requests, for the reasons set forth therein, that the motion and any order entered by the Court be filed under seal. Counsel for the defendant has been advised and provided with a copy of this letter and the motion and proposed order.

The government further writes to confirm that a public hearing on the motion to close the courtroom has been scheduled in Courtroom 10A South for May 26, 2015 at 11 a.m.

Respectfully submitted,

KELLY T. CURRIE
Acting United States Attorney

By:    /s/
Keith D. Edelman
Assistant U.S. Attorney
(718) 254-6328