BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

## MOTION TO CLOSE COURTROOM

*MAY 26, 2015*
*Time in Court:  10 minutes*

DOCKET NUMBER:   15 mc 838 (RJD)

U.S.A.  -v-   **JOHN DOE**
              **COUNSEL:   SEAN HARAN (Retained)**

**AUSA:  SAM NITZE**

COURT REPORTER:   LISA SCHWAM

X      CASE CALLED FOR MOTION TO CLOSE COURTROOM.
       GOVERNMENT MOVES TO CLOSE THE COURTROOM.
       COURT CALENDAR MARKED AS COURT EXHIBIT "1".
       COURT'S FINDING: NOTICE REQUIREMENTS HAVE BEEN COMPLIED
       WITH; FOR THE REASONS RECITED ON THE RECORD, THE COURT
       GRANTS THE MOTION AND SIGNS ORDER.