United States District Court
Eastern District of New York
Judge DEARIE, RAYMOND
Tuesday, May 26, 2015
**Courtroom 10A S**

**COURT EXHIBIT**

1
5/26/15

11:00 AM
Motion to Seal the Courtroom
15mc00838
**UNITED STATES OF AMERICA V. JOHN DOE**

\*